UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA HINES,

    Plaintiff,                 No. 19-13390

v.                                Honorable Nancy G. Edmunds

SHERWOOD FOOD DISTRIBUTORS,

    Defendant.
_____/

## JUDGMENT

This matter is before the Court on Defendant Sherwood Food Distributors' motion for summary judgment. (ECF No. 11.) For the reasons set forth in the Court's opinion and order granting Defendant's motion for summary judgment, the Court hereby GRANTS Defendant's motion for summary judgment and dismisses this case with prejudice.

SO ORDERED.

                               s/Nancy G. Edmunds
                               Nancy G. Edmunds
                               United States District Judge

Dated: March 25, 2021


I hereby certify that a copy of the foregoing document was served upon counsel of record on March 25, 2021, by electronic and/or ordinary mail.

                               s/Lisa Bartlett
                               Case Manager